443 A.2d 375

Commonwealth v. Wright, Appellant.

Argued November 11, 1980. Vincent R. Baginski, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.